### 10212. TSIVIS *v.* CONDILIS COMPANY.

LUKE, J. The evidence demanded the verdict, and the newly discovered evidence, in view of the trial judge's note, does not require a new trial. The court did not err in overruling the motion for a new trial.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*

DECIDED APRIL 19, 1919.

Complaint; from city court of Savannah—Judge, Freeman. September 17, 1918.

· *Robert L. Colding, H. Mercer Jordan,* for plaintiff in error. *H. P. Cobb,* contra.